# United States Court of Appeals
## For the First Circuit

Nos. 15-1802
     15-1809

UNITED STATES OF AMERICA,

Appellee,

v.

BERNARD J. MOROSCO; JAMES H. FITZPATRICK,

Defendants, Appellants.

**ERRATA SHEET**

The opinion for this Court issued May 12, 2016 is amended as follows:

On page 11, line 20:  change "advanced" to "advance"

On page 29, line 16:  change "formally" to "formerly"